## George W. Clendenin, Appellee, v. Adams Express Company, Appellant.

### Gen. No. 6,282.   (Not to be reported in full.)

Appeal from the Circuit Court of Whiteside county; the Hon. JAMES S. BAUME, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed May 9, 1916.

### Statement of the Case.

Action by George W. Clendenin, plaintiff, against Adams Express Company, defendant. Motion by defendant to quash a fee bill. From a refusal to quash the fee bill, defendant appeals.

The motion to quash and the proofs for and against said motion were not preserved by a bill of exceptions. The record proper did not disclose what particular item of the fee bill was assailed. The clerk copied into the record a stipulation of counsel setting up certain alleged facts.

H. C. WARD, for appellant.

A. A. WOLFERSPERGER, for appellee.

PER CURIAM.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

Appeal and error, § 1341*—*when presumed that quashing of fee bill correct.* Where, on appeal from a ruling on a motion to quash a fee bill, neither the motion nor the proofs heard for or against it are preserved by bill of exceptions, the presumption is that the ruling was correct and the judgment will be affirmed.